# THE MARKS LAW FIRM, P.C.

April 17, 2025

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: **Lesaldo Shalto v Casablanca Inc and 41-04 30th Avenue LLC**
Docket: 1:25-cv-0046-PK

Honorable Kuo,

The undersigned counsel represents Plaintiff, Lesaldo Shalto, in the above referenced matter. This letter is submitted on consent of the Parties.

We are pleased to inform the court that the above captioned matter has been settled amicably amongst the parties in principle. The documents are almost all fully executed.

We respectfully request the court provide a 45-day order to finalize the agreement and dismiss with prejudice. This will stay and obviate any need for an answer or conference as well.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

Bradly G. Marks

155 East 55th St, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com